JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLENE Y. SWINNEY, | ) | NO. CV 16-1303-KS |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
|     Defendant | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 2, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE