## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE Y. SWINNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>　　　　　Defendant.<br>_____ | NO. CV 16-1303-KS<br><br><br>ORDER AWARDING EAJA FEES |

Based upon the Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on March 3, 2017, IT IS ORDERED that fees in the amount of $2,150.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: March 6, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1